IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRAN L. SMITH,
    Petitioner,

vs.                                    Case No. 3:07cv180/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 24, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 11) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 3rd day of December, 2007.

                                                      /s/ _Roger Vinson_
                                                      **ROGER VINSON**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**